(Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   1:14-mj-033
Priority Mail parcel with tracking )
number 9505 5213 6322 4042 0005 00 )
)

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Michigan_____
*(identify the person or describe the property to be searched and give its location)*:

A Priority Mail parcel with tracking number 9505 5213 6322 4042 0005 00, addressed to Joe Ramirez, 8759 S. Scottsdle Rd, Berrian Spring, MI, 49103, with a return address of Jeanette Martinez, 1206 S 19 ½ St, McAllen, TX, 78501; further described as weighing approximately 28 pounds 5.2 ounces, measuring approximately 16" X 23" X 18", bearing $57.95 in postage and fees and being a brown cardboard box.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A QUANTITY OF A CONTROLLED SUBSTANCE, IN VIOLATION OF TITLE 21, U.S.C., SECTIONS 841(a)(1),843(b) & 846; OR OTHER ITEMS ASSOCIATED WITH DRUG TRAFFICKING, SUCH AS RECORDS, NOTES AND CORRESPONDENCE, CURRENCY, AND/OR EVIDENCE TENDING TO IDENTIFY THE SOURCE OF THE PACKAGE AND THE INTENDED RECIPIENT.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 4, 2014_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hugh W. Brenneman, Jr._____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  2/15/14  9:55 AM   _[signature]_
_Judge's signature_

City and state:  Grand Rapids, Michigan         HUGH W. BRENNEMAN, JR., U.S. Magistrate Judge
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:14-mj-033 | 2/18/2014  3:20 PM | N/A |

Inventory made in the presence of: MIKE WILLIAMS   US POSTAL INSPECTOR

Inventory of the property taken and name of any person(s) seized:

3 Bundles of APPROXIMATELY 8 pounds 1.6 ounces of a green leafy substance. Field Tested Positive as marijuana.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/18/14

_Executing officer's signature_

MARK DAYHUFF   US POSTAL INSPECTOR
_Printed name and title_